UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-14047-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

PAUL EDWARD MOORE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION IN LIMINE

**THIS CAUSE** came before the Court upon Defendant's Motion In Limine **(D.E. No. 259)**, filed on March 25, 2014.

**THE MATTER** was referred to United States Magistrate Judge Frank J. Lynch, Jr., on March 27, 2014. A Report and Recommendation **(D.E. No. 269)** was filed on March 27, 2014, recommending that Defendant's Motion In Limine **(D.E. No. 259)** be **denied**.

The parties were afforded the opportunity to file written objections fourteen (14) days from the entry of the report, and the record reveals that objections were filed by Defendant's Counsel and noted by this Court. After a *de novo* review of the Record and Magistrate Lynch's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch, Jr.'s Report and Recommendation **(D.E. No. 269)** is hereby **ADOPTED AND APPROVED** in its entirety. Defendant's Motion In Limine **(D.E. No. 259)** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of April, 2014.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel Of Record