UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-14047-CR-MARTINEZ/LYNCH(s)(s)(s)

UNITED STATES OF AMERICA

      Plaintiff,

vs.

PAUL EDWARD MOORE, and
ANTHONY JOHNSON,

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S MOTIONS IN LIMINE

**THIS CAUSE** came before the Court upon Defendant Moore's Motion In Limine **(D.E. No. 274)**, and Defendant Johnson's Motion to Adopt Pretrial Motions In Limine **(D.E. No. 259 and 274).**

**THE MATTER** was referred to United States Magistrate Judge Frank J. Lynch, Jr.  A Report and Recommendation **(D.E. No. 303)** was filed on April 25, 2014, recommending that Defendant Moore's Motion In Limine **(D.E. No. 274)** be **denied** and that in respect to Defendant Johnson, that the Motion In Limine adopted by him at (D.E. No. 259) and the Motion In Limine adopted by him at (D.E. No 274) be **denied**.

The parties were afforded the opportunity to file written objections fourteen (14) days from the entry of the report, and the record reveals that objections were filed by Defendant Moore's Counsel and noted by this Court.  After a *de novo* review of the Record and Magistrate Lynch's  well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch, Jr.'s Report and Recommendation **(D.E. No. 303)** is hereby **ADOPTED AND APPROVED** in its entirety.

Defendant Moore's Motion In Limine **(D.E. No. 274)** is **DENIED,** and Defendant Johnson's Motion to Adopt Pretrial Motions In Limine (D.E. No's **259 and 274)** are **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of May, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel Of Record